```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  RACHEL HILL, Bar #151522
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  RODOLFO POBLANO-CARRENO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. 1:09-cr-0114 AWI |
| Plaintiff, | ) | |
| | ) | STIPULATION TO CONTINUE STATUS |
| v. | ) | CONFERENCE; ORDER |
| | ) | |
| RODOLFO POBLANO-CARRENO, | ) | |
| | ) | DATE:   June 8, 2009 |
| Defendant. | ) | TIME:   9:00 A.M. |
| | ) | JUDGE:  Honorable Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing in the above-referenced action now scheduled for June 1, 2009, **may be continued to June 8, 2009, at 9:00 A.M.**

This continuance is requested to allow additional time for preparation of a Presentence Investigation Report by the U. S. Probation Office, and time for the parties to review the report and utilize it to assist in negotiation of a plea offer prior to the hearing.  The requested continuance will conserve time and resources for all parties and the court.

///

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. §§3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

```
                                        LAWRENCE G. BROWN
                                        Acting United States Attorney


DATED: May 27, 2009                     /s/ Susan Phan
                                        SUSAN PHAN
                                        Assistant United States Attorney
                                        Attorney for Plaintiff



                                        DANIEL J. BRODERICK
                                        Federal Defender


DATED: May 27, 2009                     /s/ Rachel W. Hill
                                        RACHEL W. HILL
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        Rodolfo Poblano-Carreno
```

# O R D E R

**IT IS SO ORDERED.** Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

                                        IT IS SO ORDERED.

**Dated:   May 29, 2009**                /s/ Anthony W. Ishii
                                        CHIEF UNITED STATES DISTRICT JUDGE